IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL RAY CHAVEZ,
          Plaintiff,

v.                                          CV No. 19-1208 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

          Defendant.

## ORDER GRANTING IN PART UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Extension of Time to File Briefs* (the "Motion"), (Doc. 18), filed May 11, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART.**

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand shall be filed no later than **May 18, 2020**, Defendant's Response shall be filed no later than **July 17, 2020**, and Plaintiff may file a Reply no later than **July 31, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE