IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL RAY CHAVEZ,

          Plaintiff,

v.   CV No. 19-1208 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

          Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

**THIS MATTER** is before the Court on Plaintiff's *Second Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 20), filed June 4, 2020. In the Motion, Plaintiff's counsel explains she inadvertently submitted Plaintiff's Motion to Remand late, and requests a retroactive Order permitting the untimely submission. (Doc. 20 at 1-2). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendant's Response shall be filed no later than **August 4, 2020**, and Plaintiff may file a Reply no later than **August 11, 2020**. No further extensions shall be granted.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE