## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MICHAEL RAY CHAVEZ,

          Plaintiff,

v.                                              CV No. 19-1208 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

          Defendant.

## **FINAL JUDGMENT**

      **THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 26), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand with Supporting Memorandum* (the "Motion"), (Doc. 21), is **GRANTED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with this opinion.

      **IT IS SO ORDERED**.

                                        _____
                                        THE HONORABLE CARMEN E. GARZA
                                        CHIEF UNITED STATES MAGISTRATE JUDGE